```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS


BRENDAN McGARRETT,            )
  Petitioner                  )
                              )
        v.                    ) No. 05-CV-30205-MAP
                              ) No. 02-CR-30042-MAP
UNITED STATES OF AMERICA,     )
  Respondent                  )
```

<u>MEMORANDUM AND ORDER REGARDING
PETITIONER'S MOTION FOR RESENTENCING</u>
(Dkt. No. 15)

January 17, 2008

**PONSOR, D.J.**

This petition pursuant to 28 U.S.C. § 2255 seeks a ruling from this court on an issue that is currently before the United States Court of Appeals for the First Circuit.  <u>See</u> Dkt. No. 21, Memorandum of January 9, 2008.

During the conference on January 7, 2008, counsel for the government indicated that a possibility existed that the government would acknowledge a sentencing error in its submission to the First Circuit.  A recent status report, filed January 11, 2008, confirms that the government will not be pursuing this path, but will instead litigate the appeal.

Based upon the duplication between this Petition and the currently pending appeal, the court hereby DENIES Petitioner's Motion for Resentencing (Dkt. No. 15).  This case has previously been closed, so it is not necessary to take any

further action.  The status conference previously scheduled to take place on February 8, 2008 at 2:00 p.m. is now off.  The court, however, reiterates its willingness to accept a remand from the First Circuit for a resentencing, if the Court of Appeals should conclude that this is the proper approach.

It is So Ordered.

                                     /s/ Michael A. Ponsor
                                     MICHAEL A. PONSOR
                                     U. S. District Judge